

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00288-CV

Eduardo **BENAVIDES**,
Appellant

v.

Julia **BENNETT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16084
Honorable Larry Noll, Judge Presiding

## O R D E R

Appellant's request to provide him with a free copy of the reporter's record is GRANTED. The clerk of this court is directed to copy the reporter's record and mail the copy to appellant at the address he has provided.

Appellant's brief is due September 4, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.

Keith E. Hottle
Clerk of Court